# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** MA  **Category No.** III  **Investigating Agency** HHS-OIG, FBI

**City:** ___
**County:** Suffolk

**Related Case Information:**
- Superseding Ind./ Inf.: ___  Case No.: ___
- Same Defendant: ___  New Defendant: ___
- Magistrate Judge Case Number: ___
- Search Warrant Case Number: 21-mj-1610-DLC
- R 20/R 40 from District of: ___

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ___  ☐ Yes  ☑ No

**Defendant Information:**
- Defendant Name: Le Thu  Juvenile: ☐ Yes ☑ No
- Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
- Alias Name: ___
- Address: 150 Staniford St., Apt. 614, Boston, MA 02114
- Birth date (Yr only): 1955  SSN (last 4#): 7150  Sex: F  Race: Asian  Nationality: USA
- Defense Counsel if known: Michael J. Khouri; Joshua Sabert Lowther  Address: See Add'l Info.
- Bar Number: ___  See Add'l Info.

**U.S. Attorney Information**
- AUSA: Howard Locker  Bar Number if applicable: ___

**Interpreter:** ☐ Yes  ☑ No  List language and/or dialect: ___

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested  ☑ Regular Process  ☐ In Custody

**Location Status:** ___

**Arrest Date:** ___

- ☐ Already in Federal Custody as of ___ in ___.
- ☐ Already in State Custody at ___  ☐ Serving Sentence  ☐ Awaiting Trial
- ☐ On Pretrial Release:  Ordered by: ___ on ___

**Charging Document:**  ☐ Complaint  ☑ Information  ☐ Indictment
**Total # of Counts:**  ☐ Petty ___  ☐ Misdemeanor ___  ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/25/2025  Signature of AUSA: HOWARD LOCKER
Digitally signed by HOWARD LOCKER
Date: 2025.04.24 23:27:34 -04'00'

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Le Thu

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1035 | False Statements Related to Health Care Matters | 1, 2 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Defense Attorney Address Information
Michael J. Khouri, Khouri Law Firm APC, 101 Pacifica, Suite 380, Irvine, California 92618
Joshua Sabert Lowther, Lowther Walker LLC, 101 Marietta Street, NW, Suite 3650, Atlanta, GA 30303

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013